No. 572. NILS O. LINDSTROM, ADMINISTRATOR, ETC., PETITIONER, *v.* INTERNATIONAL NAVIGATION COMPANY. February 23, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. T. Lloyd Hollister* and *Mr. H. Randall Webb* for petitioner. *Mr. Henry Galbraith Ward* for respondent.

---

No. 576. M. H. MOMSEN, CLAIMANT, ETC., PETITIONER, *v.* NATIONAL DREDGING COMPANY. February 23, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Parker Kirlin, Mr. Harry Pillans* and *Mr. Charles R. Hickox* for petitioner. *Mr. Gregory L. Smith* and *Mr. H. T. Smith* for respondent.

---

No. 577. CHARLES GRING, PETITIONER, *v.* WILLIAM J. MC-ILVAINE, OWNER, ETC., ET AL. February 23, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James E. Heath, Jr.,* for petitioner. *Mr. Robert M. Hughes* for respondent.

---

No. 579. G. B. HUNTER ET AL., PETITIONERS, *v.* DAMP-SKIBSSELSKABET "TELLUS," ETC., ET AL. February 29, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Milton Andros* for petitioners. *Mr. Charles Page* and *Mr. E. J. Mc-Cutchen* for respondents.